*[handwritten at top: Please Return to Rate: Int Bearing Account]*

<a>UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK</a>

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

      v.

SAMUEL N. AKSLER, MOSES ELIAS,
MARCUS J. ELIAS, CHASKEL ELIAS,
SOLOMON B. ELIAS, SHULIM ELIAS,
DAVID FISHMAN, ZEV FISHMAN,
NACHUM FISHMAN

              Defendants.

86 Civ. 9811 (RO)

*FILED MAY 05 2008 S.D. OF N.Y.*

## ORDER DIRECTING PAYMENT TO TREASURY



Upon consideration of Plaintiff Securities and Exchange Commission's Motion for Release of Funds, the Statement of Points and Authorities in support thereof, and all pleadings and papers previously submitted to the Court in this action,

IT IS HEREBY ORDERED that the Clerk of this Court pay all funds presently being held in the Registry of the Court in connection with the above-captioned case, together with all interest accrued thereon, by check to the order of the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, under cover of a letter that identifies the caption and case number of this action, and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the United States Treasury;

IT IS FURTHER ORDERED that upon receipt of such funds, the Securities and Exchange Commission shall promptly remit the funds to the United States Treasury; and

IT IS FURTHER ORDERED that any funds, assets or proceeds that the Court or the Securities and Exchange Commission may collect in the future from defendants in the above-captioned action (or their respective representatives, agents, heirs or assigns) in satisfaction of the judgment in this action shall be promptly remitted to the United States Treasury.

Dated: ~~April 29~~ May 1, 2008
New York, New York

_____
UNITED STATES DISTRICT JUDGE

Part I